**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

RONALD M. MURRAY, ADC #90500                                          PLAINTIFF

v.                                        No. 2:16CV156 JLH/JTR

TERRIE L. BANISTER,
Disciplinary Hearing Officer, et al.                                 DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

J. Thomas Ray and the filed objections. After completing a *de novo* review of the record in this case,

the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Murray's complaint is dismissed without prejudice.  Document #2.

2.      Dismissal is a "strike" under 28 U.S.C. § 1915(g).

3.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order would not be taken in good faith.

DATED this 12th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE